1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>WESTERN AMERICAN PROPERTIES, INC and JAMES PERLEY,<br><br>            Defendants.<br><br>WESTERN AMERICAN PROPERTIES, INC. and JAMES PERLEY<br><br>            Counterclaimants,<br>vs.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>            Counter-Defendant. | Case No.: CV 19-5164-DMG (ASx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [39]** |

Based on the parties' written stipulation, and good cause appearing:

1) the above-captioned action, including without limitation the Counterclaim, is dismissed with prejudice in its entirety, pursuant to Fed. R. Civ. P. 41(a)(2).

2) the Court shall retain jurisdiction solely for the purpose of enforcing the settlement agreement.

IT IS SO ORDERED.

DATED: August 14, 2020

*[signature]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE